## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

---

**JAMES GALLIGAN**,                          Civil File No. 11-cv-2315 EFM/KGG

        Plaintiff,

vs.                                       **STIPULATION OF DISMISSAL**
                                                    **WITH PREJUDICE**

**CENTRAL PORTFOLIO CONTROL, INC.**,

        Defendant.

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff James Galligan, and the defendant, Central Portfolio Control, Inc. hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                                             Respectfully submitted,

Dated: <u>October 11, 2011</u>          By <u>/s/J. Mark Meinhardt</u>
                                             J. Mark Meinhardt, #20245
                                             4707 College Boulevard, Suite 100
                                             Leawood, KS  66211
                                             (913) 451-9797
                                             (913) 451-6163 (fax)
                                             meinhardtlaw@sbcglobal.net
                                             ATTORNEY FOR PLAINTIFF

Dated: <u>October 11, 2011</u>          By <u>/s/Rachel B. Ommerman</u>
                                             Rachel B. Ommerman, #21868
                                             Daniel S. Rabin, #13253
                                             Berman & Rabin, P.A.
                                             15280 Metcalf Avenue
                                             Overland Park, KS 66223
                                             (913) 649-1555
                                             (913) 652-9474 (fax)
                                             rommerman@bermanrabin.com
                                             drabin@bermanrabin.com
                                             ATTORNEY FOR DEFENDANT